IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division, Greenbelt Office

| | |
|---|---|
| COSTER REALTY LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SCHWAT REALTY LLC, *et al.*, <br><br> *Defendants*. | Civil Case No. 8:20-CV-00524-PX |

## NOTICE OF DISMISSAL OF COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Coster Realty LLC hereby dismisses all causes of action in the Complaint against Defendants Schwat Realty LLC, Steven F. Schwat, Bonnell Realty LLC, and Peter J. Bonnell without prejudice. Defendants have filed neither an answer to the Complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: April 7, 2020

Respectfully submitted,

AEGIS LAW GROUP LLP

By:    /s/ Michael K. Ross
    Michael K. Ross (Maryland Bar No. 16557)
    Rachel E. Mueller (Maryland Bar No. 20951)
    801 Pennsylvania Avenue, N.W., Suite 740
    Washington, D.C. 20004
    Tel: (202) 737-3373
    Fax: (202) 735-5071
    Email: mross@aegislawgroup.com
           rmueller@aegislawgroup.com

*Counsel for Plaintiff Coster Realty LLC*